NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**OPTIMUM POWER SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**HEWLETT-PACKARD COMPANY,**
*Defendant-Appellee.*

—————————

2013-1277

- - - - - - - - - - - - - - - - - - -

**OPTIMUM POWER SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**SONY ELECTRONICS, INC.,**
*Defendant-Appellee.*

—————————

2013-1278

- - - - - - - - - - - - - - - - - - -

**OPTIMUM POWER SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**LENOVO (UNITED STATES), INC.,**
*Defendant-Appellee.*

———————————

2013-1279

- - - - - - - - - - - - - - - - - - -

**OPTIMUM POWER SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**DELL INC.,**
*Defendant-Appellee.*

———————————

2013-1280

———————————

Appeal from the United States District Court for the Northern District of California in Nos. 12-CV-3125, 12-CV-3126, 12-CV-3127, and 12-CV-4999, Judge William H. Alsup.

———————————

Before DYK, WALLACH, and TARANTO, *Circuit Judges.*

PER CURIAM

## O R D E R

The judgments of non-infringement in favor of the defendant-appellees Hewlett-Packard Co., Sony Electronics, Inc., Lenovo, Inc., and Dell, Inc. are affirmed. We base our decision solely on our agreement with the district court's construction of the phrase "wherein the power control means supply power to said memory integrated circuit." Under the parties' stipulation, our agreement with this aspect of the district court's claim construction

is sufficient to support the non-infringement judgment. We do not reach any other issues raised on appeal.

**AFFIRMED**

FOR THE COURT

 December 12, 2013                      /s/ Daniel E. O'Toole
        Date                           Daniel E. O'Toole
                                       Clerk of Court

cc:  Bryan G. Harrison
     Paul Alexander